Form OSP

# United States Bankruptcy Court

MIDDLE DISTRICT OF TENNESSEE
Case No. **3:09−bk−05139**
**Chapter 13**

In re: Debtor (name used by the debtor in the last 6 years, including married, maiden, trade, and address):
JEFFERY LANCASTER
909 RIVERSIDE DR
NASHVILLE, TN 37206

Social Security No.:
xxx−xx−9686

Tax I.D. No.:

## ORDER STOPPING PAYROLL DEDUCTION

An Order to Pay Trustee was issued in the referenced case to:

VA Bow Melton Jr
Attn: Payroll
606 Main Street
Nashville, TN 37210

**IT IS ORDERED** that no further deductions shall be made from the salary of the debtor for remittance to the Trustee for the referenced case by the debtor's employer except upon further order of this Court.

BY THE COURT

Dated: 12/15/09      /s/Marian F Harrison
United States Bankruptcy Judge

A copy of this order shall be mailed by the clerk after entry on the docket to the debtor, the attorney for the debtor, the chapter 13 trustee, and the employer.